**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of Docket # 34 in Case No. 3:15-cv-00421-VAB has been filed electronically on the 5th day of August, 2015. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| Lindsey A. Szymczak, Esq. | Eric D. Daniels, Esq. |
|---|---|
| lszymczak@schuckitlaw.com | edaniels@rc.com |
| Ian E. Bjorkman, Esq. | Michelle Egan, Esq. |
| ian@ibjorkman.com | mcegan@kslaw.com |
|  |  |

Respectfully submitted,

/s/Sallie A. Blackman
Sallie A. Blackman, Esq. (Juris No. 306869)
Law Offices of Timothy A. Chandler
110 West C Street Suite 1300
San Diego, CA. 92101
Telephone:   (619) 334-6060
Facsimile:    (619) 330-9915
Email:          blackmangill@yahoo.com

*Counsel for Plaintiff Ann M. Slade*